# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. JUSTICE, II, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERITOR, INC., WILLIAM R. NEWLIN, ) <br> CHRIS VILLAVARAYAN, STEVEN ) <br> BERINGHAUSE, JAN A. BERTSCH, ) <br> RODGER L. BOEHM, IVOR J. EVANS, ) <br> ELIZABETH A. FESSENDEN, FAZAL ) <br> MERCHANT, THOMAS L. PAJONAS, and ) <br> LLOYD G. TROTTER, ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-01496 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 28, 2022

GRABAR LAW OFFICE

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*